FILED
2025 Jul-15 AM 08:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Complete items **1, 2, and 3.**
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Lincoln National Life
c/o CT Corporation System
2 North Jackson St. Ste 605
Montgomery, AL 36104

9590 9402 9048 4122 8176 77

2. Article Number *(Transfer from service label)*

9589 0710 5270 1703 8945 28

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jeff Ford
☒ Agent
☐ Addressee

B. Received by *(Printed Name)*
Tiffany Ford

C. Date of Delivery
7/7/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

2025 JUL 14 P 12:37 PB

U.S. DISTRICT COURT
N.D. OF ALABAMA

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- Mail
- Mail Restricted Delivery
- 500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form **3811,** July 2020 PSN 7530-02-000-9053 25CV897JHE Domestic Return Receipt

USPS TRACKING #

9590 9402 9048 4122 8176 77

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Hugo L. Black US Courthouse
1729 5th Avenue North
Birmingham, AL 35203