FILED
2025 Aug-11 PM 03:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Lincoln National Life Ins. Co.
C/o The Prentice-Hall Corp System, Inc
641 South Lawrence Street
Montgomery, AL 36104

9590 9402 3025 7124 5672 19

2. Article Number *(Transfer from service label)*

7017 2400 0000 6068 7899

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kelly Webster
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
8-1-25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED
2025 AUG 11 P 12:29
BB
U.S. DISTRICT COURT
N.D. OF ALABAMA

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 2:25cv897JHE Domestic Return Receipt

USPS TRACKING #

9590 9402 3025 7124 5672 19

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk of Court
Attn: Greer M. Lynch
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203