FILED
2025 Aug-28 PM 12:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Greer M. Lynch
Clerk

| | | |
|---|---|---|
| Robert Brown | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case Number: 2:25-cv-897-JHE |
| | ) | |
| The Lincoln National Life Insurance Company | ) | |
| Defendant. | ) | |

## NOTICE OF REASSIGNMENT

The parties having not unanimously consented to the dispositive jurisdiction by a Magistrate Judge, the above styled civil action has been randomly reassigned to the Honorable Judge Anna Manasco. Please use case number 2:25-cv-897-AMM on all subsequent pleadings.

DATED: August 28, 2025

GREER M. LYNCH, CLERK

By:____K St.John________________
Deputy Clerk