FILED
2026 May-19 PM 06:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| ROBERT BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 2:25-cv-00897-EGL |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

# JOINT NOTICE OF SETTLEMENT

Plaintiff Robert Brown and Defendant The Lincoln National Life Insurance Company hereby give notice that this case has settled. The parties are currently working on finalizing settlement documents and plan to file a Stipulation of Dismissal with the Court to dismiss this case with prejudice within the next 30 days.

Respectfully submitted,

/s/ *Iwana Rademaekers*
Iwana Rademaekers, Esq.
(Admitted Pro Hac Vice)
Texas Bar No. 16452560
*Attorney for Defendant*
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*- And -*

Matthew W. Robinett
ASB-3523-I72M
*Attorney for Defendant*
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com

**AND**

*/s/ Amanda Stansberry*
Amanda Stansberry (ASB-7793-M64S)
*Attorney for Plaintiff*
COX, STANSBERRY & KINSLEY
3535 Grandview Parkway, Ste 310
Birmingham, Alabama 35243
Telephone: (205) 870-1205
Facsimile: (205) 870-1252
Email: amanda@coxstansberry.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of May 2026, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to counsel for the following parties:

Amanda Stansberry
Email: amanda@coxstansberry.com

/s/ *Iwana Rademaekers*
Iwana Rademaekers