FILED
2026 May-20 AM 11:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ROBERT BROWN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:25-cv-8976-EGL** |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The parties have informed the Court that a settlement has been reached in this matter. Accordingly, this action is DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action within 30 days from the date of this order. Costs are taxed as paid.

**DONE** and **ORDERED** this 20th day of May, 2026.

**EDMUND G. LACOUR JR.**
UNITED STATES DISTRICT JUDGE